**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1097

VALEDIA E. GROSS,

Plaintiff - Appellant,

versus

UNIVERSITY PHYSICIANS, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:04-cv-01513-WDQ)

Submitted: September 26, 2006        Decided: September 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Valedia E. Gross, Appellant Pro Se. Jeffrey Elliot Rockman, Charles Joseph Kresslein, SEROTTE, ROCKMAN & WESCOTT, PA, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Valedia E. Gross appeals the district court's order denying her Title VII employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gross v. University Physicians, Inc.</u>, No. 1:04-cv-01513-WDQ (D. Md. Dec. 6, 2005). We deny Gross' pending motion to amend. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>